COUNTY OF HUDSON v.
ALFREDO AND LUISIA HERNANDEZ.

February 1, 1977. Petition for certification granted.

STATE OF NEW JERSEY v. DAVID FERRELL.

February 1, 1977. Petition for certification denied.

CITY OF NEWARK v. JAMES BENJAMIN.

February 1, 1977. Petition for certification granted. (See 144 *N. J. Super.* 58, 144 *N. J. Super.* 389)

JOSEPH MARTINEZ v. ANTHONY DE FINO.

February 1, 1977. Petition for certification denied.

JOSEPH MARTINEZ v. ANTHONY DE FINO.

February 1, 1977. Cross-Petition for certification denied.

MURIEL STERN v. HOWARD STERN.

February 1, 1977. Petition for certification denied.